**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Thomas Bruner v. The State of Texas

Appellate case number:     01-18-00635-CR

Trial court case number:   1421165

Trial court:               208th District Court of Harris County

Appellant, Thomas Bruner, has filed a motion for an extension of time to file an appellant's pro se brief. Because we have issued an opinion and judgment dismissing the appeal for lack of jurisdiction, we construe the motion as a motion seeking an extension of time to file a motion for rehearing. *See Bruner v. State*, No. 01-18-00635-CR, 2018 WL 4131088 (Tex. App.—Houston [1st Dist.] Aug. 30, 2018, no pet. h.) (mem. op., not designated for publication). The motion is **granted**. *See* TEX. R. APP. P. 49.1, 49.8.

**Appellant's motion for rehearing, if any, is due to be filed no later than October 15, 2018.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd_____

☑Acting individually     ☐ Acting for the Court

Date: September 13, 2018